# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ZAN KORBA,  )<br>             )<br>             Plaintiff,  )<br>             )<br> vs.         )<br>             )<br> HARTFORD UNDERWRITERS INSURANCE  )<br> COMPANY,    )<br>             )<br>             Defendant.  )<br> _____ )  | Case No. 2:12-cv-01391-GMN-PAL<br><br>**ORDER** |

The parties requested an informal discovery dispute resolution conference. Michael Hall and Jake Smith appeared telephonically on behalf of the Plaintiff. Kimberly Hyson appeared telephonically on behalf of the Defendant.

At a hearing held June 11, 2013, the court granted Defendant's motion to compel Plaintiff to participate in an independent medical evaluation with Dr. Duke and required the parties to meet and confer to schedule the IME on the first mutually available date consistent with the discovery plan and scheduling order deadlines. The court indicated that it would grant relief from the discovery plan and scheduling order if the doctor could not conduct the IME prior to the expiration of discovery. The parties have arranged a September 4, 2013, IME with Dr. Duke, which is the earliest possible date available on his calendar. Plaintiff requested relief from the discovery plan and scheduling order deadlines for the limited purpose of allowing Dr. Duke to conduct his IME and serve a written report. Defense counsel requested that the court extend all of the discovery plan and scheduling order deadlines, including the deadline to disclose other experts, so that all expert reports would be due at the same time.

The court advised the parties that the existing discovery plan and scheduling order deadlines shall remain in effect except for the deadline for Dr. Duke to conduct his independent medical

examination which was extended until September 4, 2013. Dr. Duke shall have thirty days in which to submit a report, and Plaintiff will have thirty days thereafter to depose Dr. Duke, and to serve an rebuttal expert report.

**IT IS ORDERED** the existing discovery plan and scheduling order deadlines shall apply with the exception of the independent medical examination to be conducted by Dr. Duke on September 4, 2013. Defendant shall have until October 4, 2013, in which to serve Plaintiff with Dr. Duke's report. Plaintiff shall have until November 4, 2013, in which to complete Dr. Duke's deposition and serve any rebuttal report.

Dated this 26th day of June, 2013.

_____
Peggy A. Leen
United States Magistrate Judge