MICHAEL R.HALL
Nevada Bar No. 005978
mhall@lawhjc.com
RILEY A. CLAYTON
Nevada Bar No.  005260
rclayton@lawhjc.com
JACOB S. SMITH
Nevada Bar. No. 010231
jsmith@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7455 West Washington Avenue
SUITE 460
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZAN KORBA, individually, a Nevada Resident, <br><br> Plaintiff, <br> vs. <br><br> THE HARTFORD UNDERWRITERS INSURANCE COMPANY, a foreign insurance company; DOES I through 100, inclusive; and ROE CORPORATIONS I through 100; inclusive, <br> Defendants. | CASE NO. 2:12-cv-01391-GMN-PAL <br><br> **REQUEST FOR EXPEDITED BRIEFING SCHEDULE** |

Plaintiff, Zan Korba, respectfully submits the instant request for an expedited briefing schedule and hearing date for his Countermotion for Protective Order, which is submitted jointly with his Opposition to Hartford's Motion for Protective Order, ECF No. 51.

## I.    INTRODUCTION

The parties have a pending discovery dispute regarding the appropriate scope of a Rule 30(b)(6) deposition of Defendant Hartford. The parties have already agreed to an expedited briefing schedule on that matter, which was approved and ordered by this Court, ECF 49.  The hearing for that motion has been set for September 19, 2013. ECF No. 49.

1    **II.    PROPOSED SCHEDULE**

2           Hartford has noticed the Continued Deposition of Plaintiff Zan Korba for September 24, 2013.

3    As set forth in Plaintiff's Opposition and Countermotion, Plaintiff is seeking protection and/or limitation

4    on that deposition. As the hearing on Hartford's Motion for Protective Order is set for September 19,

5    2013, Plaintiff proposes using that same hearing date to decide its Motion for Protective Order.

6    Accordingly, Plaintiff proposes using the following briefing schedule:

7           1.    Plaintiff will file its Countermotion on Friday, September 6, 2013

8           2.    Hartford's Opposition will be due on September 13, 2013

9           3.    Plaintiff's Reply will be due on September 17, 2013

10          4.    The hearing of Plaintiff's Countermotion for Protective Order will take place on
                  September 19, 2013 at 9:00, jointly with the hearing on Hartford's Motion for Protective
11                Order.

12          In the event that the Court is unable to hear this matter based on the briefing schedule above,

13   Plaintiff requests that the Court revise the Briefing schedule as necessary to accommodate a hearing

14   prior to the September 24, 2013 deposition.

15          DATED  this 6th day of September, 2013.

16                                                          HALL JAFFE & CLAYTON, LLP

17

                                                            By  /s/ Michael R. Hall
18                                                             MICHAEL R. HALL
                                                               Nevada Bar No. 005978
19                                                             JACOB S. SMITH
                                                               Nevada Bar. No. 010231
20                                                             7455 West Washington Avenue, Suite 460
                                                               Las Vegas, Nevada 89128
21                                                             *Attorneys for Plaintiff*

22
                                                            **ORDER**
23

24
     **IT IS SO ORDERED:**
25

26   UNITED STATES MAGISTRATE JUDGE

27
     DATED: September 10, 2013
28

                                                    2

1

**CERTIFICATE OF SERVICE**

2      Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of

3  perjury that I am an employee of HALL JAFFE & CLAYTON, LLP, and that on the 6th day of

4  September, 2013, the foregoing **REQUEST FOR EXPEDITED BRIEFING SCHEDULE** was served

5  upon the parties via the Court's e-filing and service program addressed as follows:

6

7
Joseph T. Nold, Esq.
ACCELERATED LAW GROUP
624 South 10th Street
8
Las Vegas, Nevada 89101
Fax: (702) 383-6051
9
Email: ual@cox.net
*Co-Counsel for Plaintiff*

10

Darren T. Brenner, Esq.
11
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
12
Las Vegas, Nevada 89144
Fax: 380-8572
13
Email: darren.brenner@akerman.com

14

15
                     /s/ Lisa C. Johnson
16
                          An Employee of
                 HALL JAFFE & CLAYTON, LLP

17

18

19

20

21

22

23

24

25

26

27

28

3